UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| STEVEN KRENTZ<br><br>    Plaintiff,<br><br>vs.<br><br>JAVITCH, BLOCK & RATHBONE, LLC<br><br>    Defendant, | )<br>)<br>)<br>)<br>)<br>) Case No. 2:11-cv-00287-DCR-CJS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF MUTUAL DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. of Civ. P. 41(a), Plaintiff STEVEN KRENTZ and Defendant JAVITCH, BLOCK & RATHBONE, LLC hereby stipulate to the dismissal, with prejudice, of all claims asserted herein.

Each party shall bear its own costs and attorney fees in connection with this action.

This 18th day of January, 2012.

                                                  LAW OFFICE OF JOHN FOOTE

                                                */s/ John Foote*
                                                John Foote
                                                Law Office of John Foote
                                                36 West 5th Street
                                                Covington, KY 41011
                                                Phone:  (859) 655-3001
                                                Fax:  (859) 655-3004
                                                johnfoote@fuse.net

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(770) 414-1002
alex@fdcpalawyeronline.com

[ELECTRONIC SIGNATURED AFFIXED ON NEXT PAGE]

JAVITCH, BLOCK & RATHBONE, LLC

*/s/ Megan Linder*
Megan Linder
700 Walnut St., Suite 300
Cincinnati, OH  45202
Phone:  (513) 744-9600, Ext. 5606
Fax:  (513)744-9602
Email:  mlinder@jbandr.com